**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*



March 9, 2020

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

# MEMO ENDORSED

Re:   *United States v. Jonathan Burgos et al.*, 20 Cr. 189 (VEC)

Dear Judge Caproni:

The Government respectfully writes to request to reschedule the arraignment and initial pretrial conference for defendants Tyrone Howard and Bobby Ramos in the above-referenced case. Due to an error by the Government's clerk's office, Mr. Howard and Mr. Ramos were not ordered produced for the scheduled arraignment on Monday, March 9, 2020 at 11:00 a.m.

The Government has conferred with defense counsel for Mr. Howard and Mr. Ramos and all the parties are available for an arraignment and initial pretrial conference on Wednesday, March 11, 2020 at 3:00 p.m.  Accordingly, the Government respectfully requests that the arraignment and conference for Mr. Howard and Mr. Ramos be rescheduled to that date.
.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: /s/ Juliana N. Murray
Juliana N. Murray
Assistant United States Attorney
(212) 637-2314

Application GRANTED.

SO ORDERED.   Date: 03/09/2020

*/s/ Valerie Caproni*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

cc:   David Greenfield, Esq. (via ECF)
      James Neuman, Esq. (via ECF)