

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/19/2020

March 19, 2020

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re:    *United States v. Jonathan Burgos et al.*, 20 Cr. ~~189~~ (VEC)
                                                        182

Dear Judge Caproni:

  The Government respectfully writes regarding defendant Tyrone Howard in the above-captioned case. During his presentment on or about February 6, 2020, Mr. Howard consented to detention without prejudice toward a future bail application. The Government and defense counsel for Mr. Howard have conferred and have reached a joint proposed bail package for the Court's consideration.

  The parties propose that Mr. Howard be released on a bond with the following conditions, once all conditions are met: $50,000 personal recognizance bond, co-signed by two financial responsible persons; pretrial supervision as direction by the Pretrial Services Office; travel restricted to the Southern and Eastern Districts of New York; surrender all travel documents and make no new applications; seek or maintain verifiable employment; possess no firearms, weapons, or other destructive devices; drug treatment and testing as directed by Pretrial Services; and no contact with co-defendants or any witnesses except in the presence of counsel.

  The Government respectfully requests that the Court endorse this letter motion. However, if the Court would like to hold a bail hearing, the parties respectfully request that

---

Application GRANTED.

SO ORDERED.    Date: 03/19/2020

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

such hearing take place telephonically. The parties are available on Friday, March 20, 2020 at the Court's convenience for such a hearing.

Respectfully submitted,

GEOFFREY S. BERMAN<br>
United States Attorney for the<br>
Southern District of New York

By: _____<br>
Juliana N. Murray<br>
Assistant United States Attorney<br>
(212) 637-2314

cc: David Greenfield, Esq. (via ECF)