U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/29/2020

July 29, 2020

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re:   *United States v. Tyrone Howard*, 20 Cr. 182 (VEC)

Dear Judge Caproni:

The Government writes to respectfully request that the Court schedule a change-of-plea hearing for defendant Tyrone Howard in the above-captioned case. The parties have conferred and are available at the Court's convenience the following dates/times:

| | |
|---|---|
| Wednesday, August 12, 2020: | 10:00 a.m. – 4:00 p.m. |
| Thursday, August 13, 2020: | 10:00 a.m. – 4:00 p.m. |
| Friday, August 14, 2020: | 10:00 a.m. – 4:00 p.m. |
| Monday, August 17, 2020: | 10:00 a.m. – 4:00 p.m. |
| Tuesday, August 18, 2020: | 10:00 a.m. – 4:00 p.m. |

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

By: *Juliana Murray*
Juliana N. Murray
Assistant United States Attorney
(212) 637-2314

---

An in-person change-of-plea hearing is hereby scheduled for **August 13, 2020, at 11:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse at 40 Foley Square. The Government is requested to email chambers a copy of the plea agreement and any superseding charging instrument by **July 31, 2020**.

SO ORDERED.    Date: 07/29/2020

*Valerie Caproni*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE