```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/06/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA            :
                                    :          20-CR-182 (VEC)
          -against-                 :
                                    :          <u>ORDER</u>
TYRONE HOWARD,                      :
                                    :
                    Defendant.      :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

      WHEREAS a change-of-plea hearing is currently scheduled for August 13, 2020;

      IT IS HEREBY ORDERED THAT the hearing is adjourned to **August 27, 2020, at 2:00 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse at 40 Foley Square.

**SO ORDERED.**

**Dated: August 6, 2020**
      **New York, NY**

_____
**VALERIE CAPRONI
United States District Judge**