```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/26/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA                :
                                        :     20-CR-182 (VEC)
         -against-                      :
                                        :     ORDER
TYRONE HOWARD,                          :
                                        :
                         Defendant.     :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS an in-person change-of-plea hearing is currently scheduled for August 27, 2020, at 2:00 P.M.;

IT IS HEREBY ORDERED THAT interested members of the public may listen to the audio of the proceeding by dialing 1-888-363-4749, using the access code 3121171 and the security code 0182. All attendees are advised to mute their phones when not speaking and to self-identify each time they speak.

**SO ORDERED.**

Dated: August 26, 2020
       New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**