```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/26/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA              :
                                      :       20-CR-182 (VEC)
          -against-                   :
                                      :       ORDER
TYRONE HOWARD,                        :
                                      :
                          Defendant.  :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

   WHEREAS an in-person change-of-plea hearing is currently scheduled for August 27, 2020, at 2:00 P.M.;

   IT IS HEREBY ORDERED THAT the hearing is relocated to Courtroom 618, in the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

**Dated: August 26, 2020**
     **New York, NY**

                                      _____
                                      **VALERIE CAPRONI**
                                      **United States District Judge**