USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/27/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA          :
                                  :     20-CR-182 (VEC)
        -against-                 :
                                  :     ORDER
TYRONE HOWARD,                    :
                                  :
                    Defendant.    :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared for a change-of-plea hearing on August 27, 2020;

WHERES Mr. Howard entered a plea of guilty, which was accepted by the Court; and

WHEREAS Mr. Howard moved to continue bail pending sentencing on the ground of extraordinary circumstances;

IT IS HEREBY ORDERED THAT a sentencing hearing is scheduled for **December 7, 2020, at 11:00 A.M.**  Sentencing submissions are due on or before **November 23, 2020**.

IT IS FURTHER ORDERED THAT, for the reasons stated at the proceeding, that Mr. Howard's bail conditions are continued pending sentencing.  The Court finds, pursuant to 18 U.S.C. § 3145(c), that extraordinary circumstances exist due to the COVID-19 pandemic, the need to keep prison populations to a minimum, and the hardship that would be suffered by Mr. Howard's family if he were to be remanded.

**SO ORDERED.**

**Dated: August 27, 2020**
    **New York, NY**

                                            _____
                                            **VALERIE CAPRONI**
                                            **United States District Judge**